IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULINE HARRIS | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 19-1055 |
| SAFETY BUS SERVICE, INC. | : | |
| Defendant. | : | |

**FILED**
NOV 26 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

<u>ORDER</u>

AND NOW, TO WIT: This **25th** day of **November, 2019** it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel.

KATE BARKMAN
Clerk of Court

BY: _____
Chavela M. Settles
Deputy Clerk to the
Honorable Timothy R. Rice
U.S. Magistrate Judge



ENT'D NOV 27 2019